JRB: USAO 2015R00685

FILED
U.S. DISTRICT COUR
DISTRICT OF MARYLA
2016 MAY 16 P 1:13
CLERK'S OFFICE
AT GREENBELT
BY ____ DEPUTY

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CRIMINAL NO.** TDC 16cr242 |
| | * | |
| **JULIAN HURLEY,** | * | **(Conspiracy to Distribute and Possess** |
| **a/k/a "Julius,"** | * | **with Intent to Distribute 100 Grams** |
| **a/k/a "Nitty," and** | * | **More of Phencyclidine, 21 U.S.C.** |
| **KIRK BROWN,** | * | **§ 846; Possession with Intent to** |
| | * | **Distribute 100 Grams or More of** |
| **Defendants** | * | **Phencyclidine, 21 U.S.C. § 841(a)(1);** |
| | * | **Forfeiture, 21 U.S.C. § 853, 28 U.S.C.** |
| | * | **§ 2461(c))** |
| | * | |

*******

## INDICTMENT

## COUNT ONE

The Grand Jury for the District of Maryland charges that:

In or about October 2015, in the District of Maryland and elsewhere, the defendants,

**JULIAN HURLEY,**
**a/k/a "Julius,"**
**a/k/a "Nitty," and**
**KIRK BROWN,**

did knowingly conspire with each other and with others, known and unknown to the Grand Jury, to distribute and to possess with intent to distribute one kilogram or more of a mixture and substance containing a detectable amount of phencyclidine ("PCP"), a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841.

21 U.S.C. § 846

**COUNT TWO**

The Grand Jury for the District of Maryland further charges that:

On or about October 11, 2015, in the District of Maryland, the defendant,

**KIRK BROWN,**

did knowingly, willfully, and unlawfully possess with intent to distribute one kilogram or more of a mixture and substance containing a detectable amount of PCP, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841.

21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Fed. R. Crim. Proc. 32.2, notice is hereby given to the defendants that the United States will seek forfeiture as part of any sentence in accordance with Title 21, United States Code, Section 853, as a result of the defendants' convictions under Counts One and Two of this Indictment.

2. Pursuant to Title 21, United States Code, Section 853(a), upon conviction of an offense in violation of the Controlled Substances Act, as alleged in Counts One and Two of this Indictment, the defendants,

**JULIAN HURLEY,**
**a/k/a "Julius,"**
**a/k/a "Nitty," and**
**KIRK BROWN,**

shall forfeit to the United States of America:

a. any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation; and

b. any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3. The property to be forfeited includes, but is not limited to, a sum of money equal to the value of the proceeds of any offense for which the defendant is convicted.

4. If, as a result of any act or omission of the defendant, any such property subject to forfeiture:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

21 U.S.C. § 853
28 U.S.C. § 2461(c)

Rod J. Rosenstein /JMS
Rod J. Rosenstein
United States Attorney

A TRUE BILL:

SIGNATURE REDACTED
Foreperson

Dated: 5/16/16