**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CRIMINAL NO. TDC-16-242** |
| | * | |
| **KIRK BROWN** | * | |
| | * | |
| **Defendant** | * | |
| | * | |
| | * | |
| | ******* | |

**UNITED STATES' MOTION TO DISMISS**
**INDICTMENT UPON SUGGESTION OF DEATH**

Upon suggestion of death, the United States moves to dismiss Counts One and Two of the Indictment in criminal number TDC-16-242 to the extent those Counts of the Indictment relate to Kirk Brown. The government has confirmed that Brown died on July 7, 2016. It is respectfully requested that the Court grant this motion, execute the attached order, and dismiss the Indictment as against Defendant Kirk Brown, pursuant to Rule 48(a) of the Federal Rues of Criminal Procedure.

Robert K. Hur
United States Attorney

/s/ Joseph R. Baldwin
Joseph R. Baldwin
Assistant United States Attorney